In the Matter of the Judicial Settlement of the Account of Proceedings of EMIL SUNDHEIMER, as Executor, etc., of PAUL SUNDHEIMER, Deceased, and of the Application to Have the Compensation of the Attorneys Fixed. SIGRID M. SUNDHEIMER, Objectant, Appellant; EMIL SUNDHEIMER, Executor, Respondent; ALICE DILLINGHAM, Special Guardian, Respondent.— Appeal by Sigrid M. Sundheimer, widow of the testator, from so much of a decree of the Surrogate's Court, New York county, settling the account of the executor of Paul Sundheimer, deceased, as disallows her claim as creditor to any sum in excess of $448.32, with interest from October 9, 1934. Decree so far as appealed from unanimously modified by increasing the claim by $290, and as so modified affirmed. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISADORE INFANTE, Appellant.— Judgment convicting defendant of the crimes of unlawfully practicing medicine in violation of sections 1250, 1251 and 1263 of the Education Law, and of unlawfully using the title " Doctor " in violation of paragraph (c) of subdivision 2 of section 1263 of the Education Law, unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.

In the Matter of the Application of HARRY HOROWITZ, Petitioner, for a Certiorari Order against THOMAS W. HAMMOND, as Commissioner of the Department of Sanitation of the City of New York, Respondent.— Order of certiorari to review determination of respondent in dismissing petitioner from the position which he held as regular sweeper in the department of sanitation of the city of New York unanimously dismissed and determination of respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.

PHILIP PERLIN, Appellant, v. THIRTY-FOURTH STREET HOTEL CORPORATION, Respondent.— Order denying plaintiff's motion to strike out the separate and complete defense and the partial defense, on the ground that they are insufficient in law, or, to strike out certain paragraphs of the amended answer on the ground that they are conclusions of law, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.

SHAIA STUKALIN, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Action to recover five months' disability benefits plus premium refund under the disability benefits provisions of a policy of insurance issued by defendant to plaintiff. Determination of Appellate Term affirming a judgment of the Municipal Court of the City of New York, Borough of Manhattan, Second District, unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.